| Hamilton Equity Group, LLC v Jeffrey D. Grant & Assoc., PLLC |
|:---:|
| 2026 NY Slip Op 31023(U) |
| March 16, 2026 |
| Supreme Court, New York County |
| Docket Number: Index No. 151457/2025 |
| Judge: James G. Clynes |
| Cases posted with a "30000" identifier, i.e., 2013 NY Slip Op 30001(U), are republished from various New York State and local government sources, including the New York State Unified Court System's eCourts Service. |
| This opinion is uncorrected and not selected for official publication. |

## SUPREME COURT OF THE STATE OF NEW YORK
## NEW YORK COUNTY

| | |
|---|---|
| PRESENT: __HON. JAMES G. CLYNES__ | PART 39M |
| _Justice_ | |

------------------------------------------------------------------X

HAMILTON EQUITY GROUP, LLC, AS ASSIGNEE OF HSBC BANK USA, NATIONAL ASSOCIATION SUCCESSOR BY MERGER TO HSBC BANK USA,

Plaintiff,

- v -

JEFFREY D. GRANT & ASSOCIATES, PLLC, JEFFREY GRANT

Defendant.

------------------------------------------------------------------X

| |
|---|
| INDEX NO. 151457/2025 |
| MOTION DATE 06/25/2025 |
| MOTION SEQ. NO. 001 |

**DECISION + ORDER ON MOTION**

The following e-filed documents, listed by NYSCEF document number (Motion 001) 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22

were read on this motion to/for _____RENEWAL_____.

Upon the foregoing documents, it is ordered that the motion by Plaintiff for summary judgment to renew a money judgment and extend its lien against defendants' property in its favor and against defendants Jeffrey D. Grant & Associates, PLLC and Jeffrey Grant in the principal amount of $142,989.26, together with interest from November 4, 2005, at the statutory rate of 9% per annum, plus post judgment costs of $1,071.25, and disbursements and the Defendants' cross-motion for summary judgment and dismissal or in the alternative for a hearing to be scheduled to determine jurisdictional issues are decided as follows.

On November 4, 2005, plaintiff HSBC BANK USA obtained default judgment against JEFFREY D. GRANT & ASSOCIATES, PLLC, and JEFFREY GRANT in the amount of $142,989.25. Plaintiff contends the judgment became a lien against real property upon the filing and docketing of the judgment. On December 8, 2009, HSBC BANK USA assigned their judgment against JEFFREY D. GRANT & ASSOCIATES, PLLC, and JEFFREY GRANT to HAMILTON EQUITY GROUP, LLC. On May 4, 2012, plaintiff and defendants entered into a stipulation of settlement in the Superior Court of Stamford-Norwalk where defendants would owe Plaintiff $226.717.10 with no weekly order of payments due to the defendants' circumstances.

151457/2025   HAMILTON EQUITY GROUP, LLC, AS ASSIGNEE OF HSBC BANK USA, NATIONAL ASSOCIATION SUCCESSOR BY MERGER TO HSBC BANK USA vs. JEFFREY D. GRANT & ASSOCIATES, PLLC ET AL
Motion No. 001

Page 1 of 4

[* 1]

Defendants' cross-moves against plaintiff contending proper service was not made at his address, the application is untimely as a renewal of a judgment must be done within 10 years from the docket date, he has no assets or property outside of his property in Florida, the previous stipulation of settlement promised plaintiff would have no right to execute a wage garnishment or be obliged to make weekly payments, and demands $1,000,000.00 for his counterclaims.

**PLAINTIFF'S MOTION FOR RENEWAL JUDGMENT**

Pursuant to CPLR 5014 an action upon a money judgment entered in a court of the state may only be maintained between the original parties to the judgment where:

1.      ten years have elapsed since the first docketing of the judgment; or

2.      the judgment was entered against the defendant by default for want of appearance and the summons was served other than by personal delivery to him or to his agent for service designated under rule 318, either within or without the state; or

3.      the court in which the action is sought to be brought so orders on motion with such notice to such other persons as the court may direct.

A renewal judgment provides a judgment creditor with a new 20-year judgment and a corresponding 10-year lien." (*Emerald Invs. Ltd. v Toms*, 133 AD3d 558, 558, 19 N.Y.S.3d 421 [1st Dept 2015].) Although a money judgment is valid and enforceable for a period of 20 years (CPLR 211 [b]), under New York law such a judgment only remains viable as a lien against real property for 10 years (CPLR 5203 [a]). Renewal of the lien for an additional 10-year period may be obtained in accordance with the provisions of CPLR 5014, or, under certain circumstances not applicable here, the lien may be extended for a limited period pursuant to the provisions of CPLR 5203 (b). To obtain what CPLR 5014 terms a renewal judgment, through which the judgment creditor's lien against real property can be extended for a second 10-year period, CPLR 5014 requires commencement of a new plenary action between the same parties (*Gletzer v Harris*, 51 AD3d 196, 198 [1st Dept 2008]).

Here, plaintiff's motion is granted in part and denied in part. Plaintiff correctly states that a money judgment is enforceable for up to twenty years and timely filed for renewal judgment prior to the expiration of the twenty-year period for renewal of a money judgment. Plaintiff's submission, including attorney affidavit, affidavit of Matthew J. Szczepanski, and the attached exhibits, established that Hamilton Equity Group, LLC, as Assignee of HSBC Bank USA,

151457/2025  **HAMILTON EQUITY GROUP, LLC, AS ASSIGNEE OF HSBC BANK USA,**                    **Page 2 of 4**
**NATIONAL ASSOCIATION SUCCESSOR BY MERGER TO HSBC BANK USA vs. JEFFREY D.**
**GRANT & ASSOCIATES, PLLC ET AL**
**Motion No.  001**

2 of 4

National Association is entitled to summary judgment to renew a money judgment in the amount of $142,989.26, together with interest thereon from November 4, 2005, at the legal rate of 9% per annum, plus post judgment costs of $1,071.25 and disbursements.

However, plaintiff failed to seek an extension of its lien against defendants' property before the ten-year period from when the first judgment elapsed, creating a lien gap. On November 4, 2005, default judgment was granted in favor of HSBC BANK USA. On December 8, 2009, HSBC assigned their judgment to HAMILTON EQUITY GROUP, LLC. Plaintiff admits in their affidavit that the money judgment became a lien against real property owned upon the filing and docketing of the judgment (NYSCEF DOC NO 9). Plaintiff should have sought an extension of its lien against defendants' property in or about 2014 to 2015, one year prior to the ten-year mark from when the original judgment was granted.

Therefore, plaintiff's motion seeking summary judgment to renew a money judgment is granted and the motion seeking to extend its lien against defendants' property is denied.

## DEFENDANTS' CROSS-MOTION FOR DISMISSAL

Defendants cross-move for summary judgment seeking dismissal and $1,000,000.000 on its counterclaims, plus treble damages, and punitive damages in an amount to be determined at trial.

Here, the Court is not persuaded by defendant's cross-motion as the defendants made no showing warranting summary judgment for a dismissal other than what was alleged in their cross motion.

Therefore, defendants' cross-motion is denied.

Thus, Plaintiff's motion seeking summary judgment to renew a money judgment and to extend its lien against defendants' property is granted in part and denied in part. Defendants cross-motion is denied. Accordingly, it is hereby

ORDERED that plaintiff's motion seeking summary judgment to renew a money judgment against defendant is granted; and it is further

ORDERED that plaintiff's money judgment in the amount of $142,989.26, together with interest from November 4, 2005, at the statutory rate of 9% per annum, plus post judgment costs of $1,071.25, and disbursements is extended and enforceable for an additional twenty years from the date of this Order; and it is further

**151457/2025  HAMILTON EQUITY GROUP, LLC, AS ASSIGNEE OF HSBC BANK USA,**
**NATIONAL ASSOCIATION SUCCESSOR BY MERGER TO HSBC BANK USA vs. JEFFREY D.**
**GRANT & ASSOCIATES, PLLC ET AL**
**Motion No.  001**

**Page 3 of 4**

3 of 4

[* 3]

ORDERED that plaintiff's motion for summary judgment seeking to extend its lien against defendants' property is denied; and it is further

ORDERED defendants' cross-motion for summary judgment and dismissal is denied; and it is further

ORDERED that, within twenty days after this decision and order is uploaded to NYSCEF, counsel for plaintiff shall serve a copy of this decision and order, with notice of entry, upon defendants, the Clerk of the General Clerk's Office, as well as the office of the County Clerk who shall enter judgment accordingly; and it is further

ORDERED that service upon the County Clerk and the Clerk of the General Clerk's Office shall be made in accordance with the procedures set forth in the *Protocol on Courthouse and County Clerk Procedures for Electronically Filed Cases* (accessible at the "E-Filing" page on the court's website at the address www.nycourts.gov/supctmanh).

This constitutes the Decision and Order of the Court.

_____3/16/2026_____
DATE

JAMES G. CLYNES, J.S.C.

| CHECK ONE: | X | CASE DISPOSED | | | NON-FINAL DISPOSITION | |
|---|---|---|---|---|---|---|
| | | GRANTED | | DENIED | X GRANTED IN PART | OTHER |
| APPLICATION: | | SETTLE ORDER | | | SUBMIT ORDER | |
| CHECK IF APPROPRIATE: | | INCLUDES TRANSFER/REASSIGN | | | FIDUCIARY APPOINTMENT | REFERENCE |

151457/2025  HAMILTON EQUITY GROUP, LLC, AS ASSIGNEE OF HSBC BANK USA, NATIONAL ASSOCIATION SUCCESSOR BY MERGER TO HSBC BANK USA vs. JEFFREY D. GRANT & ASSOCIATES, PLLC ET AL
Motion No. 001

Page 4 of 4

4 of 4

[* 4]